# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY DORAN, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| MYLAN INC., et al., | : | No. 10-6539 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| COLLEN GRIGSBY, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| MYLAN INC., et al., | : | No. 10-6742 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| MARILYN APPLE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| MYLAN INC., et al., | : | No. 10-6788 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| TERRY REESE, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| MYLAN INC., et al., | : | No. 10-6713 |
| Defendants. | : | |

- - - - -

| | | |
|---|---|---|
| CHRISTOPHER TISCH, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| MYLAN INC., et al., | : | No. 10-6858 |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this **19th** day of **January, 2011**, upon consideration of Plaintiffs' Motions to Remand, Defendants' Response thereto, and for the reasons stated in this Court's Memorandum dated January 19, 2011, it is hereby **ORDERED** that:

1.    Plaintiffs' Motions to Remand are **GRANTED**.

    a.    These Motions have the following document numbers:

      i.      Civ. A. No. 10-6539: Document No. 11;

      ii.     Civ. A. No. 10-6713: Document No. 18;

      iii.    Civ. A. No. 10-6742: Document No. 11;

      iv.    Civ. A. No. 10-6788: Document No. 12;

      v.     Civ. A. No. 10-6858: Document No. 9.

2. These actions are **REMANDED** to the Philadelphia County Court of Common Pleas.

3. The Clerk of Court is directed to close these cases.

BY THE COURT:

**Berle M. Schiller, J.**